UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Danay Aguirre,                                             CASE NO: 21-16185-AJC
                                                                       CHAPTER 7
        Debtor               /

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Robert Sanchez, Esq. and the Law Office of Robert Sanchez, P.A., as counsel for the above-mentioned Debtor and moves this Court to allow said attorney and law firm to withdraw as counsel for Debtor per Local Rule 2091-1 and as grounds therefore states:

1. The Debtor filed for Chapter 7 bankruptcy relief on June 25, 2021.
2. The 341 Meeting of Creditors was held on July 21, 2021, and the trustee requested additional documentation of the debtor.
3. The debtor entered into a stipulation agreement with the trustee office on October 7, 2021.
4. The debtor since has defaulted on her stipulation agreement with the trustee office. The trustee office has now scheduled a motion to revoke discharge for failure to make timely payments.
5. Undersigned Counsel has stressed the importance to the debtor of complying with her stipulation agreement.
6. At this time Undersigned Counsel and debtor have encountered irreconcilable differences that impede to represent the debtor effectively in this case.
7. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing withdrawal as counsel for the Debtors, and (b) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtors as follows:

                                              Danay Aguirre
                                              3135 NW 68 Street
                                              Miami, FL 331477

8. Debtors have been sent a copy by Certified Mail of the instant motion and the implications thereunder

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtor in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtor and allow the Debtor additional time to retain new counsel so that the Debtor may comply with the Trustee's requests.

    Respectfully submitted

    Robert Sanchez, Esq.
    Robert Sanchez, P.A.
    355 West 49 Street
    Hialeah, FL 33012
    Tel: (305) 687-8008

    By: /s/ Robert Sanchez
    Robert Sanchez, Esquire
    FBN: #0442161