UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
Danay Aguirre,                                         CASE NO: 21-16185-AJC
                                                       CHAPTER 7

_____Debtor_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the Motion to Withdrawal as counsel and Notice of Hearing was mailed this 12th day of January 2022 to: via certified mail to the Debtor, Danay Aguirre, 3135 NW 68 Street, Miami, FL 33147 and via ECF to Trustee and via regular mail to all other interested parties.

Respectfully Submitted:

Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49 Street
Hialeah, FL 33012
Tel: (305) 687-8008

By: /s/ Robert Sanchez
Robert Sanchez, Esquire
FBN: #0442161