

**ORDERED in the Southern District of Florida on January 20, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                    CASE NO.:  21-16185-BKC-AJC
                                                          Chapter 7
**DANAY AGUIRRE**
SSN: XXX-XX-1001

_____ Debtor. _____/

### ORDER GRANTING TRUSTEE'S NOTICE OF DEFAULT
### AND MOTION FOR ENTRY OF ORDER REVOKING DEBTOR'S DISCHARGE

**THIS CAUSE** having come before the Court on January 18, 2022 at 10:30 a.m. upon

the Trustee's Notice of Default and Motion for Entry of Order Revoking Debtor's Discharge

(the "Motion") [ECF 32], and the Court, having reviewed the Motion, having heard argument

of counsel, and based on the record, it is

**ORDERED** as follows:

1.      The Motion is granted as set forth herein.

2.      The Debtor shall have twenty-eight (28) days from the date of entry of this Order to pay the amount of $2,200.00 to the Trustee, which amount equals all funds currently due and owing to the Trustee under the terms of the Settlement Agreement[1].

3.      In the event the Debtor fails to comply with Paragraph 2 of this Order, the Trustee may file a Notice of Non-Compliance and submit an Order to the Court revoking the Debtor's discharge without further hearing.

# # #

Submitted by:

Joshua D. Silver
Tabas & Silver, P.A.
Attorneys for the Chapter 7 Trustee
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
Email: jsilver@tabassilver.com

Copy furnished to:

Joshua D. Silver
Attorney Silver shall serve copies of this Order on all interested parties and file a certificate of service.

---

[1] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.